Disposition of Petitions For Discretionary Review Under G.S. 7A-31

## THOMPSON v. KYLES

No. 5PC

Case below: 48 N.C. App. 422

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 October 1980.

## WATSON v. DEPT. OF CORRECTION

No. 423PC

Case below: 47 N.C. App. 718

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 October 1980.

## WESLEY v. GREYHOUND LINES, INC.

No. 14PC

Case below: 47 N.C. App. 680

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 October 1980.

## WILLIFORD v. WILLIFORD

No. 410PC

No. 151 (Fall Term)

Case below: 48 N.C. App. 226

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 October 1980.

## WOJSKO v. STATE

No. 396PC

Case below: 47 N.C. App. 605

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 October 1980. Motion of the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 October 1980.